# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 13-19598-JKF

TIFFANY D MOORE

2432 S. 74TH STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TIFFANY D MOORE

2432 S. 74TH STREET

PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Date: 6/30/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee