# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 13-19598-AMC

TIFFANY D MOORE

2432 S. 74TH STREET

PHILADELPHIA, PA 19153

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TIFFANY D MOORE

    2432 S. 74TH STREET

    PHILADELPHIA, PA 19153

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

                                              /S/ William C. Miller

Date: 1/22/2018                                        _____

                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee