United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 13-19598-amc
Tiffany D Moore                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia           Page 1 of 2           Date Rcvd: Jun 13, 2019
                               Form ID: 138NEW          Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.

```
db          +Tiffany D Moore,    2432 S. 74th Street,    Philadelphia, PA 19153-1405
13212413    +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13182666    +Afni, Inc. (Original Creditor:Verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
13283410     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13182667    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13182668    +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
13182670    +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13182671    +Frkln M Cu,    2240 Edgemont Ave,    Chester, PA 19013-5033
13182673    +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13182674    +Main Line Health Emp F,    130 S Bryn Mawr Ave,    Bryn Mawr, PA 19010-3121
13182677    +Mainempfcu,    130 South Bryn Mawr Av,    Bryn Mawr, PA 19010-3121
13182682    +PGW,    Credit and Collections Department,    800 W. Montgomery Ave., 3rd Floor,
              Philadelphia, PA 19122-2806
13182685    +Portfolio Rc (Original Creditor:Capital,    287 Independence,    Virginia Beach, VA 23462-2962
13401267    +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PENNS,    Pennsylvania Housing Finance Agency,
              Attn: ALSV/Anne,    211 North Front Street,    Harrisburg, PA 17101-1406
13182687    +Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Jun 14 2019 03:32:30     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:30      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13248619    +E-mail/Text: EBNProcessing@afni.com Jun 14 2019 03:31:44     Afni, Inc,    PO Box 3667,
               Bloomington, IL 61702-3667
13182669     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:10      Cap One,
               Po Box 85520,    Richmond, VA 23285
13197222    +E-mail/Text: bestcasestephen@gmail.com Jun 14 2019 03:30:52     Dunne Law Offices, P.C.,
               1500 JFK BLVD., Suite 200,    Philadelphia, PA 19102-1717
13182678    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 03:31:34
               Midland Funding (Original Creditor:T-Mob,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13182680    +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2019 03:25:02     One Main Financial,
               PO BOX 70911,    Charlotte, NC 28272-0911
13182679    +E-mail/PDF: cbp@onemainfinancial.com Jun 14 2019 03:25:50     One Main Financial,
               6801 Colwell Blvd,    Irving, TX 75039-3198
13182683    +E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:40     PHFA,    211 North Front Street,
               PO BOX 15057,    Harrisburg, PA 17105-5057
13182681    +E-mail/Text: blegal@phfa.org Jun 14 2019 03:31:40     Pa Housing Finance Agency,
               211 N Front Street,    Harrisburg, PA 17101-1406
13182684    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:40:25      Portfolio,
               120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4952
13182686    +E-mail/Text: bankruptcy@sccompanies.com Jun 14 2019 03:32:58     Seventh Avenue,    1112 7th Ave,
               Monroe, WI 53566-1364
                                                                                               TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13182672*    +Frkln M Cu,    2240 Edgemont Ave,    Chester, PA 19013-5033
13182675*    +Main Line Health Emp F,    130 S Bryn Mawr Ave,    Bryn Mawr, PA 19010-3121
13182676*    +Main Line Health Emp F,    130 S Bryn Mawr Ave,    Bryn Mawr, PA 19010-3121
                                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: 138NEW             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Tiffany D Moore bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tiffany D Moore
      Debtor(s)

Bankruptcy No: 13–19598–amc
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                    For The Court
                                    Timothy B. McGrath
                                    Clerk of Court

Dated: 6/13/19

                                    109 – 108
                                  Form 138_new